**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

ARTHUR L. MOORE                                                             **PLAINTIFF**

v.                               Civil No.06-2160

PAUL SMITH, Detective, Fort
Smith Police Department; JAMES
MARSCHEWSKI, Judge, Sebastian
County Circuit Court; STEPHEN
TABOR, Prosecuting Attorney, Sebastian
County, Arkansas; and JOHN JOPLIN,
Public Defender's Office                           **DEFENDANT**

## O R D E R

Now on this 27th day of November, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #4, filed October 27, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren**
                                                      **HON. JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**